987 A.2d 616

IN THE MATTER OF GEOFFREY L. STEIERT,
AN ATTORNEY AT LAW.

February 16, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09–135, concluding that **GEOFFREY L. STEIERT** of **VOORHEES,** who was admitted to the bar of this State in 1980, should be reprimanded for violating *RPC* 4.1 (false statement of material fact or law to third person), *RPC* 5.5(a) (unauthorized practice of law), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit, or misrepresentation), and good cause appearing;

It is ORDERED that **GEOFFREY L. STEIERT** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.